# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0582
Lower Tribunal No. F94-38195A
_____

**Mark D. Hadley,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Mark D. Hadley, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before MILLER, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Smith v. State</u>, 82 So. 3d 823, 824 (Fla. 4th DCA 2011) ("A technical deficiency in an arrest affidavit does not deprive the circuit court of jurisdiction in a criminal case." (citing <u>State v. Faidy</u>, 919 So. 2d 582, 583 (Fla. 5th DCA 2006); <u>State v. Ballone</u>, 422 So. 2d 900, 901 (Fla. 2d DCA 1982))); <u>Wardell v. State</u>, 944 So. 2d 1089, 1091 (Fla. 5th DCA 2006) ("[T]he manner by which a criminal defendant is brought before a court, even if improper, does not divest a court of subject matter jurisdiction.").